United States District Court
Southern District of Texas

**ENTERED**

May 05, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SIDNEY RAY SNELLINGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00041 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CASE AS BARRED BY THE THREE STRIKES RULE

On March 5, 2026, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss Case as Barred by the Three Strikes Rule" (M&R, D.E. 11). With the M&R, Plaintiff was provided notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. After discovering that Plaintiff had attempted to provide the Court with notice of a change of address prior to the issuance of the M&R and service, the Court ordered that the M&R be served on Plaintiff again at his new address and extended Plaintiff's deadline to object to April 30, 2026. D.E. 15. No objections have been timely filed. Plaintiff's letter (D.E. 13) seeks assistance in a preliminary investigation of his complaints, but does not state any objections to the M&R.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and

recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 11), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **INSTRUCTED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

**ORDERED** on May 5, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE